UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO. 8:07-CR-107-T-17TBM

AARON L. MIZZELL.

_____/


ORDER

This cause is before the Court on:

Dkt. 291     Motion for Early Termination of Supervised Release
Dkt. 292     Response


Defendant Aaron L. Mizzell, pro se, moves for early termination of supervised release.   Defendant Mizzell indicates he has maintained employment, a stable residence, has focused on personal goals, and eliminated negative influences.


On March 10, 2008, Defendant Mizzell was sentenced to a term of imprisonment of 188 months, followed by 60 months of supervised release. (Dkt. 154).  On July 22, 2016, Defendant Mizzell's term of imprisonment was reduced to time served; on that date, Defendant Mizzell's 60-month term of supervised release commenced.  (Dkts. 245, 253, 254).


Neither the Government nor the U.S. Probation Office oppose Defendant Mizzell's Motion for Early Termination.  Defendant's supervising Probation Officer advised that Defendant Mizzell has been compliant with the

terms of supervision, is gainfully employed, and appears ready for a successful transition.

Defendant Aaron L. Mizzell has completed more than one year of Defendant's term of supervised release. Pursuant to 18 U.S.C. Sec. 3583(e)(1), I have considered the factors set forth in 18 U.S.C. Secs. 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7), and determine that in this case the termination of supervised release is warranted and is in the interest of justice. Accordingly, it is

ORDERED that pro se Defendant Aaron L. Mizzell's Motion for Early Termination of Supervised Release (Dkt. 291) is **granted**.

DONE and ORDERED in Chambers in Tampa, Florida on this 25th day of June, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

AUSA Lisa M. Thelwell
U.S. Probation Office

Pro Se Defendant:
Aaron L. Mizzell
6271 Bonaventure Court
Sarasota, FL        34243